IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40445
Conference Calendar
_____

ANDREA LAMARK SCOTT,
GARY LYNN MINIFEE,

                                        Plaintiffs,

and

CHARLES MELVIN JACKSON, JR.,

                                        Plaintiff-Appellant,

versus

HENDERSON COUNTY JAIL,

                                        Defendant,

and

H. B. ALFRED, Sheriff,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-cv-393
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Charles Jackson appeals from the dismissal as frivolous of

his in forma pauperis (IFP) civil rights complaint wherein he

_____

        [*] Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

alleged that he was denied access to the courts.  We have reviewed the record and the magistrate judge's opinion and find no reversible error.  Accordingly, we affirm for the reasons given by the magistrate judge.

AFFIRMED.